Olumide K. Obayemi (SBN 219562)
The Law Offices of Olumide K. Obayemi
436-14th Street, Suite 1113
Oakland, CA 94612
   Telephone: (510) 465-3001
   Facsimile: (510) 465-3002
   Cell: (510) 798-8732 and (510) 772-2207
   obayemilaw@yahoo.com

MELINDA HAAG (CABN 132612)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MELISSA K.B. SLADDEN (CSBN 203307)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (415) 436-6962
   FAX: (415) 436-6748
   melissa.sladden@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN FORD, | No. C-11-00498 SI |
| Plaintiff, | STIPULATION AND [P~~ROPOSED~~] ORDER TO CONTINUE THE INITIAL CASE MANAGEMENT DATE |
| v. | |
| UNITED STATES OF AMERICA, ERIC SHINSEKI, SECRETARY OF DEPARTMENT OF VETERAN AFFAIRS, | |
| Defendant. | |

[STIPULATION AND [PROPOSED] ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE]
C-11-00498 EMC

1  WHEREAS, on March 16, 2010, the Honorable District Court Judge Susan Illston
2  issued a Notice stating that the initial case management conference in the above-captioned matter
3  is scheduled for May 20, 2011 at 2:30 p.m.;
4  WHEREAS, counsel for the defendants, United States of America and Eric Shinseki,
5  Secretary of Department of Veteran Affairs (collectively, "Federal Defendants")[1] is not available
6  on that date;
7  WHEREAS, counsel for the Federal Defendants met and conferred with Olumide K.
8  Obayemi, counsel for plaintiff, *via* telephone on March 17, 2011, and agreed to request that the
9  initial case management conference be moved to May 27, 2011 at 2:30 p.m.
10 ACCORDINGLY, it is hereby agreed by the Parties, that the initial case management
11 conference currently set for May 20, 2011 at 2:30 p.m. be continued to May 27, 2011 at 2:30
12 p.m.
13 So Stipulated

15 DATED: March 18, 2011                     Respectfully submitted,

16                                            MELINDA HAAG
                                               United States Attorney
17
                                               S/ Melissa Sladden
18                                            _____
                                               MELISSA SLADDEN
19                                            Assistant United States Attorney

20 DATED: March 18, 2011

21                                            OLUMIDE K. OBAYEMI
                                               Attorney at Law
22
                                               /s/ Olumide K. Obayemi
23                                    By:     _____
                                               OLUMIDE K. OBAYEMI
24                                            Attorney for the Plaintiff

---

28  [1]The Federal Defendants are specially appearing for purposes of filing this stipulation.

[STIPULATION AND [PROPOSED] ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE]
C-11-00498 EMC

**[PROPOSED ] ORDER**

Pursuant to the stipulation of the parties, the initial case management conference currently set for May 20, 2011 at 2:30 p.m. is continued to May 27, 2011 at 2:30 p.m.

IT IS SO ORDERED

Dated: __3/28/11__          _____

SUSAN ILLSTON
United States District Court Judge

[STIPULATION AND [PROPOSED] ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE]
C-11-00498 EMC