Olumide K. Obayemi (SBN 219562)
The Law Offices of Olumide K. Obayemi
436-14th Street, Suite 1113
Oakland, CA 94612
    Telephone: (510) 465-3001
    Facsimile: (510) 465-3002
    Cell: (510) 798-8732 and (510) 772-2207
    obayemilaw@yahoo.com

MELINDA HAAG (CABN 132612)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MELISSA K.B. SLADDEN (CSBN 203307)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6962
    FAX: (415) 436-6748
    melissa.sladden@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN FORD, | No. C-11-00498 SI |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND FEDERAL DEFENDANTS TIME TO FILE REPLY BRIEF DUE TO PLAINTIFF'S UNTIMELY FILING OF OPPOSITION IN VIOLATION OF L.R. 7-3 AND CONTINUE HEARING DATE |
| v. | |
| UNITED STATES OF AMERICA, ERIC SHINSEKI, SECRETARY OF DEPARTMENT OF VETERAN AFFAIRS, | |
| Defendant. | |

WHEREAS, the United States of America, Eric Shinseki, Secretary of Department of Veterans' Affairs and Quintin Cortes[1] (collectively, "Federal Defendants") filed their motion to strike and motion to dismiss on April 1, 2011 and the the hearing was noticed for May 6, 2011;

WHEREAS, Pursuant to Rule 7-3(a) of the Local Rules of U.S. District Court for the

---

[1] Mr. Cortes is specially appearing for purposes of filing this stipulation.

[STIPULATION AND [PROPOSED] ORDER]
C-11-00498 SI

1  Northern District of California, plaintiff John Ford's ("Plaintiff") opposition was due twenty-one
2  days before the hearing, which was April 15, 2011. L.R. 7-3(a);
3      WHEREAS, Plaintiff did not file or serve his opposition brief until April 20, 2011, five
4  days after it was due;
5      WHEREAS, on April 21, 2011 Plaintiff's counsel informed the Federal Defendants'
6  counsel for the first time that his computer crashed because of a virus;
7      WHEREAS, the Federal Defendants have worked diligently to prepare their reply brief,
8  but have been unduly prejudiced by Plaintiff's untimely filing in violation of the Local Rules;
9      WHEREAS, due to Plaintiff's untimely filing the Federal Defendants need additional
10 time to prepare a reply brief;
11     ACCORDINGLY, it is hereby agreed by the Parties, that the Federal Defendants have
12 until April 27, 2011 to file their reply brief in support of their motion to strike and motion to
13 dismiss.  Further, the parties respectfully request that the hearing on the Federal Defendants'
14 Motion to Strike and Motion to Dismiss currently scheduled for Friday, May 6, 2011 at 9:00 a.m.
15 be continued to Friday May 27, 2011 at 2:30 p.m. concurrent with the initial case management
16 conference scheduled for that date and time.
17 So Stipulated

DATED: April 21, 2011

    Respectfully submitted,
    MELINDA HAAG
    United States Attorney

    S/ Melissa Sladden
    _____
    MELISSA SLADDEN
    Assistant United States Attorney

DATED: April 21, 2011

    OLUMIDE K. OBAYEMI
    Attorney at Law

    /s/ Olumide K. Obayemi
By: _____
    OLUMIDE K. OBAYEMI
    Attorney for the Plaintiff

[STIPULATION AND [PROPOSED] ORDER]
C-11-00498 SI

|    |    |
|---|---|
| 1  | **[PROPOSED ] ORDER** |
| 2  | Pursuant to the stipulation of the parties, due to the Plaintiff's untimely filing of his |
| 3  | opposition brief, the Federal Defendants have until April 27, 2011 to file their reply brief in |
| 4  | support of their motion to strike and motion to dismiss.  Further, the hearing on the Federal |
| 5  | Defendants' Motion to Strike and Motion to Dismiss currently scheduled for Friday, May 6, 2011 |
| 6  | at 9:00 a.m. will be continued to Friday May 27, 2011 at ~~2:30~~ p.m. concurrent with the initial |
| 7  | case management conference scheduled for ~~that date and time~~. |

9:00 A.M.

2:30 P.M.

IT IS SO ORDERED

Dated: ___5/2/11___     _____

SUSAN ILLSTON
United States District Court Judge

[STIPULATION AND [PROPOSED] ORDER]
C-11-00498 SI