1  Olumide K. Obayemi (SBN 219562)
   The Law Offices of Olumide K. Obayemi
2  436-14th Street, Suite 1113
   Oakland, CA 94612
3      Telephone: (510) 465-3001
       Facsimile: (510) 465-3002
4      Cell: (510) 798-8732 and (510) 772-2207
       obayemilaw@yahoo.com
5
   MELINDA HAAG (CABN 132612)
6  United States Attorney
   JOANN M. SWANSON (CSBN 88143)
7  Chief, Civil Division
   MELISSA K.B. SLADDEN (CSBN 203307)
8  Assistant United States Attorney

9      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
10     Telephone: (415) 436-6962
       FAX: (415) 436-6748
11     melissa.sladden@usdoj.gov

12 Attorneys for Defendants

13
                    UNITED STATES DISTRICT COURT
14
                   NORTHERN DISTRICT OF CALIFORNIA
15
                         SAN FRANCISCO DIVISION
16

17 | JOHN FORD,                              )    No. C-11-00498 SI
                                             )
18 |     Plaintiff,                          )    STIPULATION AND [PROPOSED]
                                             )    ORDER TO EXTEND FEDERAL
19 | v.                                      )    DEFENDANTS TIME TO FILE
                                             )    RESPONSIVE PLEADING AND OR
20 | UNITED STATES OF AMERICA, ERIC          )    ANSWER
     SHINSEKI, SECRETARY OF                  )
21 | DEPARTMENT OF VETERAN AFFAIRS           )
     and DOES 1-25,                          )
22                                           )
         Defendant.                          )
23 | _____  )

24

25

26

27

28

[STIPULATION AND [PROPOSED] ORDER]
C-11-00498 SI

1    The plaintiff John Ford, ("Plaintiff") and the federal defendant Eric Shinseki, Secretary of
2  Department of Veteran Affairs ("Federal Defendant")[1] by and through their counsel stipulate to
3  the following:
4    WHEREAS, the Plaintiff filed his First Amended Complaint on June 8, 2011;
5    WHEREAS, pursuant to Rule 15(a)(3) of the Federal Rules of Civil Procedure, the
6  Federal Defendant's responsive pleading and/or answer is due on June 22, 2011;
7    WHEREAS, the Federal Defendant has requested additional time to file an answer and/or
8  responsive pleading because of its counsel's trial schedule;
9    ACCORDINGLY, it is hereby agreed by the Parties, that the Federal Defendant shall
10 have until July 8, 2011 to file a responsive pleading and or answer in this action.
11 So Stipulated

13 DATED: June 16, 2011                    Respectfully submitted,
                                           MELINDA HAAG
14                                         United States Attorney

15                                              S/ Melissa Sladden

16                                         _____
                                           MELISSA SLADDEN
17 DATED: June 16, 2011                    Assistant United States Attorney

18                                         OLUMIDE K. OBAYEMI
                                           Attorney at Law
19
20                              By:        /s/ Olumide K. Obayemi
                                           _____
21                                         OLUMIDE K. OBAYEMI
                                           Attorney for the Plaintiff

_____

[1] The Federal Defendant is specially appearing for the purposes of filing this stipulation.

[STIPULATION AND [PROPOSED] ORDER]
C-11-00498 SI

**[PROPOSED ] ORDER**

Pursuant to the stipulation of the parties, the Federal Defendant shall have until July 8, 2011 to file and serve an answer or responsive pleading in this action.

IT IS SO ORDERED

Dated:  6/21/11                         _____

SUSAN ILLSTON
United States District Court Judge