IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN FORD,<br><br>  Plaintiff,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>  Defendant.<br>_____ / | No. C 11-00498 SI<br><br>**PRETRIAL PREPARATION ORDER** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: February 3, 2012 at 3:00 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is February 10, 2012.

DESIGNATION OF EXPERTS: by pltf: 2/17/12 ; by deft: 3/2/12.
  Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is March 23, 2012.

DISPOSITIVE MOTIONS **SHALL** be filed by March 30, 2012 ;

  Opp. Due April 13, 2012 ; Reply Due April 20, 2012;

  and set for hearing no later than May 4, 2012 at 9:00 AM.

PRETRIAL CONFERENCE DATE: June 12, 2012 at 3:30 PM.

JURY TRIAL DATE: June 25, 2012 at 8:30 AM.,
  Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be __ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
This case shall be referred to Magistrate-Judge James for Settlement. The settlement conference shall occur in January 2012.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 8/19/11

  _____
  SUSAN ILLSTON
  United States District Judge