1  MELINDA HAAG (CABN 132612)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  MELISSA K.B. SLADDEN (CSBN 203307)
   Assistant United States Attorney
4
   450 Golden Gate Avenue, Box 36055
5  San Francisco, California 94102-3495
   Telephone: (415) 436-6962
6  FAX: (415) 436-6748
   melissa.sladden@usdoj.gov
7
   Attorneys for Defendants
8

9                   UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                       SAN FRANCISCO DIVISION

12
   JOHN FORD,                    )   No. C-11-00498 SI/MEJ
13                               )
          Plaintiff,              )   **STIPULATION OF DISMISSAL WITH
14                               )   PREJUDICE**
       v.                        )
15                               )
   ERIC SHINSEKI, SECRETARY      )
16 DEPARTMENT OF VETERANS        )
   AFFAIRS,                      )
17                               )
          Defendant.             )
18 _____)

[STIPULATION OF DISMISSAL]
C-11-00498 SI/MEJ

1  IT IS HEREBY STIPULATED by and between plaintiff John Ford and defendant Eric
2  Shinseki, Secretary Department of Veterans Affairs by and through their designated counsel that
3  the above-captioned action be and hereby is dismissed with prejudice pursuant to Federal Rule of
4  Civil Procedure 41(a)(1)(ii). Each party shall bear its own fees and costs.

DATED: 2/10/12

JOHN FORD
Plaintiff

MELINDA HAAG
United States Attorney

DATED: 3/27/2012

MELISSA BROWN SLADDEN
Assistant United States Attorney
Attorney for Defendant



IT IS SO ORDERED
Judge Susan Illston

[STIPULATION OF DISMISSAL]
C-11-00498 SI/MEJ