1 | MELINDA HAAG (CABN 132612)
United States Attorney
2 | JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
3 | MELISSA K.B. SLADDEN (CSBN 203307)
Assistant United States Attorney
4 |
5 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-6962
6 | FAX: (415) 436-6748
melissa.sladden@usdoj.gov
7 |
Attorneys for Defendants
8 |

9 | UNITED STATES DISTRICT COURT

10 | NORTHERN DISTRICT OF CALIFORNIA

11 | SAN FRANCISCO DIVISION

12 |

JOHN FORD,  No. C-11-00498 SI/MEJ

13 |

Plaintiff,  **STIPULATION OF DISMISSAL WITH**
14 |  **PREJUDICE**

v.
15 |

ERIC SHINSEKI, SECRETARY
16 | DEPARTMENT OF VETERANS
AFFAIRS,
17 |

Defendant.
18 |

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |

[STIPULATION OF DISMISSAL]
C-11-00498 SI/MEJ

1    IT IS HEREBY STIPULATED by and between plaintiff John Ford and defendant Eric

2    Shinseki, Secretary Department of Veterans Affairs by and through their designated counsel that

3    the above-captioned action be and hereby is dismissed with prejudice pursuant to Federal Rule of

4    Civil Procedure 41(a)(1)(ii). Each party shall bear its own fees and costs.

5

6    DATED: 2/10/12                          _John Ford_

7                                            JOHN FORD
                                             Plaintiff
8

9                                            MELINDA HAAG
                                             United States Attorney
10

11   DATED: 3/27/2012                        _Melissa Sladden_

12                                           MELISSA BROWN SLADDEN
                                             Assistant United States Attorney
13                                           Attorney for Defendant

14

15

16

17

18

19                      

20

21

22

23

24

25

26

27

28

[STIPULATION OF DISMISSAL]
C-11-00498 SI/MEJ